```
              UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                           Criminal No. 11-cr-79-01-SM

Angel Oller

O R D E R

The assented to motion to reschedule jury trial (document no. 22) filed by defendant is granted; Final Pretrial is rescheduled to February 10, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning February 22, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                        */s/ Steven J. McAuliffe*
                                                        Steven J. McAuliffe
                                                        United States District Judge

Date:  December 1, 2011

cc:  Patrick E Donovan, Esq.
     Thomas Kerner, Esq.
     Debrah Walsh, Esq.
     U.S. Marshal
     U.S. Probation